**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH BERRYHILL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 21-CV-4842 |
| | ) | Judge: |
| v. | ) | Magistrate Judge: |
| | ) | |
| DAVID ERICKSON, INDIVIDUALLY | ) | NOTICE OF REMOVAL JURY |
| AND AS AGENT OF M.J. ELECTRIC, LLC, | ) | TRIAL DEMANDED |
| AND M.J. ELECTRIC, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

NOW COME the above-named Defendants, David Erickson and M.J. Electric, LLC, by their attorneys, McCoy Leavitt Laskey LLC, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and hereby give notice of removal of the above-captioned action from the Circuit Court of Cook County, State of Illinois, County Department, Law Division, to the United States District Court for the Northern District of Illinois – Eastern Division. In support of removal, Defendants allege and show to the Court as follows:

I. INTRODUCTION

1. On August 9, 2021, Plaintiff filed an action in the Circuit Court of Cook County, State of Illinois, County Department, Law Division, styled *Kenneth Berryhill v. David Erickson, Individually and as Agent of M.J. Electric, LLC and M.J. Electric, LLC*, and the case was assigned No. 2021L008021. A copy of the Complaint at Law is attached hereto as **Exhibit 1**.

2. This is a personal injury action in which the Plaintiff is claiming damages related to a motor vehicle accident that occurred on or about June 11, 2020 at or near the intersection of Haven Avenue and Honey Lane in the City of New Lenox, County of Will, State of Illinois.

Plaintiff alleges that Defendant David Erickson was negligent and caused the motor vehicle accident. The Complaint at Law further asserts that Erickson's employer, M.J. Electric, LLC, is vicariously liable for the actions of Mr. Erickson, who was an employee of M.J. Electric at the time of the accident. (**Ex. 1**.)

II.    TIMELINESS OF REMOVAL

3.    Plaintiff's counsel Michael Lapin provided a courtesy copy of the Complaint at Law to Counsel for Defendants on August 13, 2021 via email. A copy of the email attaching the courtesy copy of the Complaint at Law is attached hereto as **Exhibit 2**. M.J. Electric, LLC was served with the Summons and Complaint at Law on August 20, 2021. Upon information and belief, David Erickson has not yet been served with the Summons and Complaint at Law. Thirty (30) days from August 13, 2021, the date Defense counsel received a courtesy copy of the Complaint at Law was Sunday, September 12, 2021. This Notice of Removal is timely filed because it is filed on the next day that is not a Saturday, Sunday, or legal holiday within thirty (30) days of August 13, 2021, the date on which Defendants' counsel first received a courtesy copy of the Complaint at Law via email from Plaintiff's counsel. Fed. R. Civ. P. 6(a)(1)(C).

III.    BASIS FOR REMOVAL – DIVERSITY JURISDICTION

4.    The United States District Court has original jurisdiction over this litigation filed in state court based on diversity of citizenship of the parties. This case may be removed from the Circuit Court of Cook County, State of Illinois, County Department, Law Division, to the United States District Court for the Northern District of Illinois – Eastern Division, pursuant to 28 U.S.C. § 1332 because it is a civil action between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. Defendant David Erickson is a citizen and resident of Minnesota. (**Ex. 3**, Illinois Traffic Crash Report, p. 1.)

6. Defendant M.J. Electric, LLC is a limited liability company that is wholly owned by Quanta Services, Inc. Quanta Services, Inc. is incorporated in the State of Delaware, has its principal place of business in Houston, Texas, and is deemed to be a citizen of Delaware and Texas pursuant to 28 U.S.C. 1332(c)(1).

7. Plaintiff Kenneth Erickson is a citizen and resident of Illinois. (**Ex. 3**, Illinois Traffic Crash Report, p. 1.)

8. Plaintiff has demanded damages from Defendants in the amount of $165,000.00 to compensate him for personal injuries which he claims are related to the subject motor vehicle accident. (**Ex. 4**, Pre-Suit Demand from Plaintiff's Counsel.) The amount in controversy thus exceeds the sum or value of $75,000.00, exclusive of interest and costs.

9. This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. §§ 1332 and 1441(a) because it is a civil action between citizens of different states and the amount in controversy exceeds $75,000.00 exclusive of costs and interest.

IV. VENUE

10. The subject motor vehicle accident forming the basis for this action occurred in the City of New Lenox, County of Will, Illinois, making venue proper in the Northern District of Illinois – Eastern Division. (**Ex. 1**, ¶1, **Ex. 3**.)

V. FULL COMPLIANCE

11. Pursuant to 28 U.S.C. § 1446(d), Defendants are filing this Notice of Removal with the clerk for the state court in which the State Court Action was originally filed. Copies of the Notice to the Circuit Court of Cook County, State of Illinois, County Department, Law Division,

together with this Notice of Removal with exhibits, are being served upon the Plaintiff through his attorneys of record pursuant to 28 U.S.C. § 1446(d). Counsel who has appeared on behalf of the Plaintiffs in the state court action is:

>Eric M. Glasson, Esq.
>Michael E. Lapin, Esq.
>Joshua M. Rappaport, Esq.
>Eric M. Glasson & Associates
>134 N. LaSalle Street, Suite 1320
>Chicago, Illinois 60602
>eric@glassonlawgroup.com
>michael@glassonlawgroup.com
>josh@glassonlawgroup.com
>info@glassonlawgroup.com

WHEREFORE, Defendants, David Erickson and M.J. Electric, LLC, hereby remove the above-captioned action now pending against it in the Circuit Court of Cook County, State of Illinois, County Department, Law Division to the United States District Court for the Northern District of Illinois – Eastern Division to assume full jurisdiction over this action as provided by law.

Respectfully submitted,

**McCOY LEAVITT LASKEY LLC**
Attorneys for Defendants, David Erickson and M.J. Electric, LLC

Dated: September 13, 2021    By: /s/ Michael A. Snider
   Michael A. Snider    ARDC No. 6337269
   Riverwood Corporate Center III
   N19 W24200 Riverwood Drive, #125
   Waukesha, WI 53188
   Telephone (262) 522-7000
   Fax (262) 522-7020
   msnider@MLLlaw.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of this document was served on the 13th day of September, 2021, upon all parties in the above cause by serving the attorneys of record at their respective addresses disclosed on the pleadings. Service was made by:

☒ U.S. Mail    ☐ Hand-Delivery    ☒ Email    ☐ Facsimile    ☒ Other – EDMS

**Attorney for Plaintiff, Kenneth Barryhill**
Eric M. Glasson, Esq.
Michael E. Lapin, Esq.
Joshua M. Rappaport, Esq.
Eric M. Glasson & Associates
134 N. LaSalle Street, Suite 1320
Chicago, Illinois 60602
eric@glassonlawgroup.com
michael@glassonlawgroup.com
josh@glassonlawgroup.com
info@glassonlawgroup.com

                */s/ Michelle M. Neil*
                Michelle M. Neil, Legal Assistant

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – LAW DIVISION

FILED
8/9/2021 1:47 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

| | |
|---|---|
| KENNETH BERRYHILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.:  2021L008021 |
| ) | |
| DAVID ERICKSON, Individually and as ) | |
| Agent of M.J. ELECTRIC, LLC. and ) | |
| M.J. ELECTRIC, LLC. ) | |
| ) | |
| ) | |
| Defendant. ) | |

FILED DATE: 8/9/2021 1:47 PM   2021L008021

## COMPLAINT AT LAW

NOW COMES the Plaintiff, KENNETH BERRYHILL, by and through his attorneys, Eric M. Glasson and Associates, and for his complaint against the Defendant, DAVID ERICKSON, Individually and as Agent of M.J. ELECTRIC, LLC., and M.J. ELECTRIC, LLC, states as follows:

**COUNT I: Negligence**
**KENNETH BERRYHILL Against DAVID ERICKSON**

1. On the morning of June 11, 2020, the Plaintiff, KENNETH BERRYHILL, was operating his motor vehicle in an eastbound direction on Haven Ave. at or near its intersection with Honey Lane in the City of New Lenox, County of Will, State of Illinois.

2. At said time and place, the Defendant, DAVID ERICKSON, was operating a motor vehicle in a northbound direction on a dirt road near the aforementioned intersection.

3. At all times relevant herein, it was the duty of the Defendant, DAVID ERICKSON, to exercise ordinary care in the operation, ownership, control, and maintenance of said vehicle, and in accordance with the statutes and common law of this state pertaining to the operation of a motor vehicle upon the public street, so as not to cause injury to the Plaintiffs and others.

4. Notwithstanding said duties, the Defendant, DAVID ERICKSON, was careless and negligent in one or more of the following ways:

1

EXHIBIT 1

a. Negligently operated, managed, maintained, and controlled his motor vehicle;

b. Failed to keep a proper lookout;

c. Failed to reduce speed so as to avoid a collision, in violation of 625 ILCS 5/11-601;

d. Failed to sound the horn or otherwise warn of impending danger of collision, in violation of 625 ILCS 5/12-601;

e. Failed to yield the right of way to a vehicle on the roadway while entering said roadway;

f. Entered the roadway when it was unsafe to do so;

g. Operated a motor vehicle too fast for road conditions; and/or

h. Failed to stop said motor vehicle or change the course of direction before striking the Plaintiff's vehicle.

5. As a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant, the vehicle operated by the Defendant, DAVID ERICKSON, crashed into the Plaintiff, KENNETH BERRYHILL'S, vehicle, when Defendant entered the roadway from a dirt road.

6. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant, DAVID ERICKSON, the Plaintiff, KENNETH BERRYHILL, sustained severe and permanent injuries, both externally and internally, and was and will be hindered and prevented from attending to his usual duties and affairs and has lost and will in the future lose the value of that time. The Plaintiff also suffered great pain and anguish, both in mind and body, and will in the future continue to suffer. The Plaintiff further expended and became liable for, and will expend and become liable to pay, large sums of money for medical care and services, endeavoring to become healed and cured of his injuries.

WHEREFORE, the Plaintiff, KENNETH BERRYHILL, demands judgment against the Defendant, DAVID ERICKSON, in a dollar amount to satisfy the jurisdiction and limitations of this

2

EXHIBIT 1

FILED DATE: 8/9/2021 1:47 PM    2021L008021

Court and such additional amounts as the jury and the Court shall deem proper, and additionally, costs of said suit.

## COUNT II
## VICARIOUS LIABILITY
## KENNETH BERRYHILL AGAINST M.J. ELECTRIC, LLC.

1. Plaintiff reincorporates paragraphs 1-3 of "Count I" and reincorporates them by reference as if fully set out herein.

4. At all relevant times herein, the Defendant, DAVID ERICKSON, was acting as the agent, servant, and/or employee of the Defendant, M.J. ELECTRIC, LLC.

5. At all relevant times herein, it was the duty of the Defendant, M.J. ELECTRIC, LLC., by and through the acts and/or omissions of the Defendant, DAVID ERICKSON, to exercise ordinary care in the operation, ownership, control, and maintenance of the aforementioned motor vehicle, and in accordance with the statutes and common law of this state pertaining to the operation of a motor vehicle upon the public roadway, so as not to cause injury to the Plaintiff and others.

6. Notwithstanding said duties, the Defendant, M.J. ELECTRIC, LLC., by and through the actions of Defendant, DAVID ERICKSON, was careless and negligent in one or more of the following ways:

    a. Negligently operated, managed, maintained, and controlled his motor vehicle;

    b. Failed to keep a proper lookout;

    c. Failed to reduce speed so as to avoid a collision, in violation of 625 ILCS 5/11-601;

    d. Failed to sound the horn or otherwise warn of impending danger of collision, in violation of 625 ILCS 5/12-601;

    e. Failed to yield the right of way to a vehicle on the roadway while entering said roadway;

    f. Entered the roadway when it was unsafe to do so;

    g. Operated a motor vehicle too fast for road conditions; and/or

FILED DATE: 8/9/2021 1:47 PM 2021L008021

EXHIBIT 1

FILED DATE: 8/9/2021 1:47 PM   2021L008021

      h.      Failed to stop said motor vehicle or change the course of direction before striking the Plaintiff's vehicle.

    7.      As a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant, the vehicle operated by the Defendant, DAVID ERICKSON, crashed into the Plaintiff, KENNETH BERRYHILL'S, vehicle, when Defendant entered the roadway from a dirt road.

    8.      That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant, M.J. ELECTRIC, LLC., by and through the acts and/or omissions of the Defendant, DAVID ERICKSON, the Plaintiff, KENNETH BERRYHILL, sustained severe and permanent injuries, both externally and internally, and was and will be hindered and prevented from attending to his usual duties and affairs and has lost and will in the future lose the value of that time.  The Plaintiff also suffered great pain and anguish, both in mind and body, and will in the future continue to suffer.  The Plaintiff further expended and became liable for, and will expend and become liable to pay, large sums of money for medical care and services, endeavoring to become healed and cured of his injuries.

    WHEREFORE, the Plaintiff, KENNETH BERRYHILL, demands a judgment against the Defendant, M.J. ELECTRIC, LLC., in a dollar amount to satisfy the jurisdiction and limitations of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally, costs of said suit.

EXHIBIT 1

FILED DATE: 8/9/2021 1:47 PM    2021L008021

                Respectfully Submitted,

                By: */s/ Eric Glasson*
                Attorney for Plaintiff

                Eric M. Glasson & Associates
                Eric M. Glasson, Esq.
                Michael E. Lapin, Esq.
                Joshua M. Rappaport, Esq.
                134 N. LaSalle Street, Suite 1320
                Chicago, Illinois 60602
                (312) 332-0400
                Attorney#: 41088
                info@glassonlawgroup.com

EXHIBIT 1

# Rebecca A. Eder

| | |
|---|---|
| **From:** | Mike Lapin <michael@glassonlawgroup.com> |
| **Sent:** | Friday, August 13, 2021 9:55 AM |
| **To:** | Rebecca A. Eder |
| **Subject:** | Berryhill |
| **Attachments:** | Civil Action Cover Sheet Filed.pdf; Summons Issued And Returnable.pdf; 222 Affidavit Filed.pdf; Complaint / Petition - Motor Vehicle - Fee.pdf |

Per your request, please see attached. Thanks!

**From:** GreenFiling Support <support@greenfiling.com>
**Sent:** Tuesday, August 10, 2021 9:52 AM
**To:** Information Mailbox <info@glassonlawgroup.com>
**Subject:** Filing ID 2698282 Accepted on 2021L008021 - BERRYHILL KENNETH VS. M.J. ELECTRIC, LLC



## Accepted

| | |
|---|---|
| **Filing ID:** | 2698282 |
| **Envelope No:** | 14360913 |
| **Document(s):** | Complaint / Petition - Motor Vehicle - Fee - Accepted |
| | 222 Affidavit Filed - Accepted |
| | Summons Issued And Returnable - Accepted |
| | Civil Action Cover Sheet Filed - Accepted |
| **Case:** | 2021L008021 - BERRYHILL KENNETH VS. M.J. ELECTRIC, LLC |
| **Court Location:** | Cook County - Law - District 1 - Chicago |
| **Filer:** | Eric Glasson |
| **Final Filing Fees:** | Court Filing Fees $388.00 |
| | Provider Service Fee (GreenFiling) $1.00 |
| | Payment Service Fee $0.25 |
| | Total $389.25 |
| **Card Used:** | CHECKING-xxxxxxxxxxxx5739 |

1

EXHIBIT 2

[Click here](#) for a detailed printer friendly filing receipt.

[Click here](#) for a filing statement.

Thank you!

2

EXHIBIT 2

# ILLINOIS TRAFFIC CRASH REPORT

Sheet 1 of 1 Sheets

* AP002 *   X001928413

| DRAC | TRFD | TRFC | WEAT | DRVA | VIS | VEHD | LGHT | COLL | MANV |
|---|---|---|---|---|---|---|---|---|---|
| 01 / 01 | 01 | 01 | 01 | 02 / 01 | 01 / 01 | 99 / 99 | 99 / 01 | 01 | 10 | 03 / 01 |

**INVESTIGATING AGENCY:** New Lenox PD
**DAMAGE TO ANY ONE PERSON'S VEHICLE/PROPERTY:** ■ $500 OR LESS  □ $501 - $1,500  □ Over $1,500
**TYPE OF REPORT:** ■ ON SCENE  □ NOT ON SCENE (DESK REPORT)  □ AMENDED
■ A No Injury / Drive Away  □ B Injury and / or Tow Due To Crash
**AGENCY CRASH REPORT NO.:** YR 2020  20-1207
**TRFW:** 02

**ADDRESS NO.:**
**HIGHWAY or STREET NAME:** W W HAVEN AVE
■ City  □ Township  **NEW LENOX**
**INTERSECTION RELATED:** ■ Yes □ No
**PRIVATE PROPERTY:** □ Yes ■ No
**DATE OF CRASH:** 06/11/2020
**TIME:** 07:13  □ AM  ■ PM
**SECONDARY CRASH:** □ YES ■ NO
**VEHT:** 02 / U1

■ 150  (FT) MI  N E S (W)  **HONEY LANE**  □ AT INTERSECTION WITH  (NAME OF INTERSECTION OR ROAD FEATURE)
**COUNTY:** WILL
**HIT & RUN:** □ Yes ■ No
**DOORING WITH PEDALCYCLIST:** □ Y ■ N
**NUMBER MOTOR VEHICLES INVOLVED:** 2
**FLOW CONDITION:** □ SLOW  □ STOPPED  ■ FREE FLOW
**U2 / # LNS:** 01 / 2

### UNIT 1

■ DRIVER  □ Parked  □ Driverless  □ Ped  □ Pedal  □ EQUES  □ NMV  □ NCV  □ DV
**NAME (LAST,FIRST,MI):** ERICKSON, DAVID, L
**DATE OF BIRTH:** 01/23/1981
**MAKE:** DODGE  **MODEL:** RAM 2500 ST  **YEAR:** 2014
**CIRCLE NUMBER(S) FOR DAMAGED AREA(S):** 00 - NONE / 13 - UNDER CARRIAGE / 14 - TOTAL (ALL) / 15 - OTHER / 99 - UNKNOWN
FRONT 11/12/1  TOWED DUE TO CRASH: Y N □ ■
U1: 2  U2: ALGN 01

**STREET ADDRESS:** 6019 165TH AVE
**SEX:** M  **SAFT:** 2  **AIR:** 04
**AUTOMATED SYSTEM:** □ Y ■ N □ UNK  **LEV IN VEH.** **LEVEL ENGAGED AT CRASH**
FIRE □ ■  DISTRACTED □ ■
U1: 01

**CITY:** BECKER  **STATE:** MN  **ZIP:** 55308
**INJURY:** 0  **EJECT:** 1  **EPTH:** 0
**PLATE NO.:** RB18290  **STATE:** IL  **YEAR:** 2020
**POINT OF FIRST CONTACT:** 12
DISTRACION VALUE  COM VEH □ ■
U1: 01

**TELEPHONE:** (612) 723-7459  **DRIVER LICENSE NO.:** Q807173624115
**STATE:** MN  **CLASS:** CI  **CLD ID:** 7
**VIN:** 3C6TR5CT0EG319107
**INSURANCE CO.:** OLD REPUBLIC INSURANCE COMPANY
**EXPIRED:** ■ Y □ N
U2 / RSUR: 01

**EMS AGENCY:**
**PEDV / PPA / PPL**
**VEHICLE OWNER (LAST, FIRST M.I.):** M.J. ELECTRIC, LCC
**POLICY NO.:** MWTB313092
**VEHU:** 99

**HOSPITAL (TAKEN):**
**INCIDENT RESPONDER:** □ Y ■ N  **IF 'Y':**
**OWNER ADDRESS:** 200 W. FRANK PIPP DRIVE, IRON MOUNTAIN, MI 49801
**TELEPHONE:**
U1: 

### UNIT 2

■ DRIVER  □ Parked  □ Driverless  □ Ped  □ Pedal  □ EQUES  □ NMV  □ NCV  □ DV
**NAME (LAST,FIRST,MI):** BERRYHILL, KENNETH, E
**DATE OF BIRTH:** 07/27/1960
**MAKE:** FORD  **MODEL:** EXPLORER  **YEAR:** 1998
FRONT 11/12/1  TOWED Y N □ ■
U2: 02  SPDR: 0

**STREET ADDRESS:** 1401 WENTWORTH AVE
**SEX:** M  **SAFT:** 2  **AIR:** 04
**AUTOMATED SYSTEM:** □ Y ■ N □ UNK
FIRE □ ■  DISTRACTED □ ■
U1: 0

**CITY:** CALUMET CITY  **STATE:** IL  **ZIP:** 60409
**INJURY:** 0  **EJECT:** 1  **EPTH:** 0
**PLATE NO.:** BA52777  **STATE:** IL  **YEAR:**
**POINT OF FIRST CONTACT:** 05
DISTRACION VALUE  COM VEH □ ■
U2: 0

**TELEPHONE:** (312) 856-7921  **DRIVER LICENSE NO.:** B640-5056-0213
**STATE:** IL  **CLASS:** CI  **CLD ID:** 0
**VIN:** 1FMZU34E8WUA65825
**INSURANCE CO.:** STATE FARM GENERAL INSURANCE COMPANY
**EXPIRED:** □ Y ■ N
RDEF: 01

**EMS AGENCY:**
**VEHICLE OWNER:** BERRYHILL, KENNETH, E
**POLICY NO.:** E97 3443-B03-13A
**BAC:** 996

**HOSPITAL (TAKEN TO):**
**INCIDENT RESPONDER:** □ Y ■ N
**OWNER ADDRESS:** 1401 WENTWORTH AVE, CALUMET CITY, IL 60409
**TELEPHONE:** (312) 856-7921
U1: 996  U2: 

**PASSENGERS & WITNESSES ONLY (NAME) / (ADDR) / (TEL):**
(EMS)  (HOSP)
# OCCS U1: 1  U2: 1

| (EVNO) | (MOST) | (EVNT) | (LOC) | DAMAGED PROPERTY OWNER NAME | DAMAGED PROPERTY |
|---|---|---|---|---|---|
| **U1** 1 | ■ | 11 | 1 | PROPERTY OWNER ADDRESS | CITY  STATE  ZIP |
| 2 | □ | | | | |
| 3 | □ | | | ARREST NAME □ Citations Issued  □ Pending | SECTION  CITATION NO. |
| **U2** 1 | ■ | 11 | 1 | ARREST NAME □ Citations Issued  □ Pending | SECTION  CITATION NO. |
| 2 | □ | | | | |
| 3 | □ | | | OFFICER ID. 149  SIGNATURE: BARTELS, RYAN | BEAT / DIST. NEW LENOX POLICE  SUPERVISOR ID. 149 |

**PRIMARY CAUSE:** 02  **SECONDARY CAUSE:** 99
**POLICE NOTIFIED:** 06/11/2020  **TIME:** 07:13 □ AM ■ PM
**EMS NOTIFIED:** TIME □ AM □ PM
**EMS ARRIVED:** TIME □ AM □ PM
**ROAD CLEARANCE:** TIME □ AM □ PM
**COURT DATE:** TIME □ AM □ PM

**Did crash occur In a Work Zone?** □ Y ■ N
If YES check one below: □ Construction □ Maintenance □ Utility □ Unknown work zone type
**Workers Present?** □ Y ■ N

DIRP: 01  U1: 03  U2: SLMT 30 / 30

EXHIBIT 3

| X001928413 | **DIAGRAM** | | |
|---|---|---|---|
| | Honey Ln / Fairfield / Haven / Not To Scale | | N |

**COMMERCIAL MOTOR VEHICLE (CMV)**

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:

1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination); or
2. Is used or designed to transport more than 15 passengers, including the driver (example: shuttle or charter bus); or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van-type vehicle or passenger car); or
4. Is used or designed to transport between 9 and 15 passengers, including the driver, for direct compensation beyond 75 air miles from the driver's work reporting location (example: large van used for specific purpose); or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

CARRIER NAME _____
ADDRESS _____

CITY/STATE/ZIP _____
Motor Carrer ID _____ ☐ Interstate ☐ Intrastate ☐ Not in Comm./Govt ☐ Not in Comm./Others
USDOT NO. _____ ILCC NO. _____
Source of above info. ☐ Side of Truck ☐ Papers ☐ Driver ☐ Log Book
GVWR/GCWR ☐ <10,000 ☐ 10,000-26,000 ☐ >26,000
Were HAZMAT placards displayed on the vehicle? ☐ Y ☐ N
If yes, name on placard _____
4-digit UN no. _____ 1-digit Hazard Class no. _____

Did HAZMAT spill from the vehicle (do not consider fuel from the Vehicle's own tank)? ☐ Y ☐ N ☐ UNK
Did HAZMAT Regulations violation contribute to the crash? ☐ Y ☐ N ☐ UNK
Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash? ☐ Y ☐ No ☐ UNK
Was a Driver/Vehicle Examination Report from completed?
HAZMAT ☐ Y ☐ N ☐ UNK Out of Service? ☐ Y ☐ N
MCS ☐ Y ☐ N ☐ UNK Out of Service? ☐ Y ☐ N
Form No. _____

IDOT PERMIT NO. _____ WIDE LOAD? ☐ Y ☐ N
TRAILER VIN 1 _____ TRAILER VIN 2 _____
TRAILER WIDTH(S): 0-96" 97-102" >102"
TRAILER 1 ☐ ☐ ☐
TRAILER 2 ☐ ☐ ☐
TRAILER LENGTH(S): 1 _____ ft TRAILER 2 _____ ft
TOTAL VEHICLE LENGTH _____ ft NO. OF AXLES _____
SELECT CODES FROM BACK COVER OF CRASH BOOKLET:
VEHICLE CONFIGURATION _____
CARGO BODY TYPE _____ LOAD TYPE _____

**NARRATIVE** (Refer to vehicle by Unit No.)

In summary: Unit 1 was pulling out from a dirt path that leads onto Haven that is located between Fairfield and Honey Ln. Unit 1 was attempting to make a left-hand turn onto Haven from this pathway. Unit 2 was traveling eastbound on Haven and passed this dirt-pathway. Unit 1 pulled onto Haven but accidentally struck the rear passenger quarter panel of Unit 2 causing minor damage.

No EMS was needed. No tow trucks needed. Information between parties exchanged.

Nothing further.

LOCAL USE ONLY

| U_COLOR | White | U_COLOR | Blue-Dark | U_Drug 1 | 000 | U_Drug 2 | | U_Drug 1 | 000 | U_Drug 2 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U_TOWED DUE TO | ☐ DISABLING DAMAGE ■ NOT DISABLING DAMAGE | | DAMAGE EXTENT | | TOWED BY/TO | | | | | | |
| U_TOWED DUE TO | ☐ DISABLING DAMAGE ■ NOT DISABLING DAMAGE | | DAMAGE EXTENT | | TOWED BY/TO | | | | | | |

EXHIBIT 3

**GLASSON LAW GROUP, LTD.**
ATTORNEYS AT LAW
134 N. LaSalle St. Suite 1320
Chicago, IL 60602

Telephone: (312) 332-0400
Fax: (312) 332-0402

April 13, 2021

**Via Email: Andrew.French@Helmsmantpa.com**
Helmsman
PO Box 7214
London, KY 40742
Attn: Andrew French

    RE:    Our client: Kenneth Berryhill
            Date of Accident: June 11, 2020
            Claim no.: AB949-389522-01

Dear Mr. French:

As you know, we are the attorneys representing Kenneth Berryhill regarding an accident which occurred on June 11, 2020.

Enclosed please find copies of the medical records and itemized bills for treatment rendered to Kenneth Berryhill as follows:

Advanced Physical Medicine - $12,888.00
Greater Chicago Anesthesia - $4,080.00
Dr. Rabi - $29,024.40
American Diagnostic - $3,900.00

Plaintiff hereby demands $165,000.00 to resolve this matter. Please respond to plaintiff demand within thirty (30) days.

Very truly yours,

/s/ Eric M. Glasson

Eric M. Glasson
EMG/jcm
Enclosures

EXHIBIT 4